IN THE SUPERIOR COURT OF BALDWIN COUNTY
STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BALDWIN COUNTY, GEORGIA
**SUCV2025000151**
JJOASP
APR 18, 2025 04:25 PM

Wanda J. Paul
Wanda Paul, Clerk
Baldwin County, Georgia

CIVIL ACTION NUMBER SUCV2025000151

Griffin, Rosie

**PLAINTIFF**

VS.

Walmart INC.

**DEFENDANT**

**SUMMONS**

TO: WALMART INC.

You are hereby required to file with the Clerk of said court and serve upon the plaintiff or plaintiff's attorney, whose name, address and email address are:

**Alex Fadoul**
**Farah and Farah**
**3080 Riverside Drive**
**Macon, Georgia 31210**
**afadoul@farahandfarah.com**

an answer to the complaint which is herewith served upon you. You must make your answer within 30 days after service of this summons upon you. This time excludes the day of service. If you fail to answer, the court will issue a default judgment against you for the relief sought in the complaint.

If this action pertains to a Protective Order, the answer is to be filed and served on or before the scheduled hearing date attached.

**This 18th day of April, 2025.**

Clerk of Superior Court

Wanda J. Paul
Wanda Paul, Clerk
Baldwin County, Georgia



Exhibit C

# SHERIFF'S ENTRY OF SERVICE

Baldwin County, Georgia

Civil Action No. SUCV2025000151
Date Filed 4/18/25

Superior Court ☒ Magistrate Court ☐
State Court ☐ Probate Court ☐
Juvenile Court ☐

Griffin, Rosie

Plaintiff(s)

v.

Walmart INC

Defendant(s)

Attorney's address and email
Alex Fadoul
Farah and Farah
3080 Riverside Dr.
Macon, GA 31210
afadoul@farahandfarah.com

Name and address of party to be served
WalMart Inc
c/o The Corporation Company
Registered Agent
418 Peachtree Parkway, Suite 4245
Cumming Georgia 30041

Garnishee name and address

☐ (PERSONAL) I have this day served the defendant(s) ______ personally with a copy of the within action and summons and complaint.

☐ (NOTORIOUS) I have this day served the defendant(s) ______ by leaving a copy of the action and summons and complaint at the defendant's most notorious place of abode in this county.

I delivered the summons and complaint into the hands of ______ described as follows: Age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of the defendant(s).

☒ (CORPORATION) I served the defendant(s) The Corporation Co, a corporation, by leaving a copy of the within action and summons and complaint with [illegible] in charge of the corporation's office and place of doing business of said corporation in this county.

☐ (TACK & MAIL) I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting be depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ (NON EST) I made a diligent search, and I did not find the defendant(s) ______ in the jurisdiction of this court.

This 4 day of Jun, 2025.

Baldwin 3407
Deputy Sheriff

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BALDWIN COUNTY, GEORGIA
SUCV2025000151
JJOASP
APR 18, 2025 04:25 PM
Wanda J. Paul
Wanda Paul, Clerk
Baldwin County, Georgia

**IN THE SUPERIOR COURT OF BALDWIN COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| Rosie Griffin<br><br>Plaintiff,<br><br>v.<br><br>Walmart INC.,<br><br>Defendant. | CIVIL ACTION<br>FILE NO.: ____________________<br><br>**COMPLAINT**<br>(Jury Trial Demanded) |

COMES NOW Rosie Griffin, plaintiff, and makes and files this complaint against defendant Walmart INC. as follows:

**PARTIES AND JURISDICTION**

1.

Plaintiff Rosie Griffin resides at 100 Shady Rest Court, N.W. Milledgeville, Georgia 31061. and is subject to the jurisdiction of this court.

2.

Walmart INC. is a Foreign Profit Corporation corporation existing under the laws of Arkansas with its principal place of business in Bentonville, Arkansas and may be served through its registered agent The Corporation Company, located at 410 Peachtree Parkway, Suite 4245, Cumming, Georgia 30041, and is subject to the jurisdiction of this court.

3.

Jurisdiction and venue are proper in this court because the incident occurred in Baldwin, County.

## BACKGROUND

4.

On March 12, 2024, plaintiff was an invitee at Walmart located at 2592 N Columbia street in Baldwin, County Georgia.

5.

Plaintiff slipped and fell on a puddle of clear liquid in the yogurt aisle at Walmart located at 2592 N Columbia street in Baldwin, County Georgia.

6.

There were no cones or other warnings in the area of the clear liquid at the time of the fall.

7.

Defendant had exclusive ownership, possession and control over Walmart located at 2592 N Columbia street in Baldwin, County Georgia at all times relevant to this litigation.

8.

As a result of plaintiff's fall, she suffered a fracture in her right elbow which required surgery.

## COUNT 1
## PREMISES LIABILITY

9.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 8 above as if fully restated.

10.

Plaintiff was an invitee on the premises at the time of the fall.

11.

Defendant owed a nondelegable duty of reasonable care in keeping the premises safe for invitees such as plaintiff.

12.

Defendant was negligent in failing to properly inspect the area where the fall occurred, in failing to remove the hazard from the floor, in failing to take adequate measures to protect invitees from substances on the floor and in failing to keep the premises safe for invitees.

13.

Defendant's negligence was the proximate cause of plaintiff's injuries.

**COUNT 2**

**VICARIOUS LIABILITY**

14.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 13 above as if fully restated.

15.

At all times relevant to this action, the individuals responsible for inspecting, cleaning and maintaining the area where plaintiff fell were employed by defendant and were acting within the scope of their employment.

16.

Defendant is responsible for the conduct of these individuals under the doctrine of respondeat superior, agency or apparent agency.

**COUNT 3**

**NEGLIGENT TRAINING & SUPERVISION**

17.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 16 above as if fully restated.

18.

Defendant was negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections, cleaning and maintenance were performed on the premises and in failing to train its employees concerning safety procedures for inspecting, cleaning and maintaining the premises.

19.

Defendant was negligent in training and supervising its staff.

20.

As a result of defendant's negligence in training and supervising its employees, plaintiff was injured on the premises.

WHEREFORE, plaintiff prays that she has a trial on all issues and judgment against defendant as follows:

(a) That plaintiff recover the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

(b) That plaintiff recover for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;

(c) That plaintiff recover such other and further relief as is just and proper;

(d) That all issues be tried before a jury.

Respectfully submitted,

**FARAH & FARAH, P.A.**

*/s/ Alex Fadoul*
ALEX S. FADOUL, ESQ.
Georgia Bar No. 393234
3080 Riverside Drive
Macon Ga 31210
T: (478) 841-9429
E: afadoul@farahandfarah.com
**Attorney for Plaintiff**

Macon, Georgia
April 18th, 2025

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BALDWIN COUNTY, GEORGIA
SUCV2025000151
JJOASP
APR 18, 2025 04:25 PM
Wanda J. Paul
Wanda Paul, Clerk
Baldwin County, Georgia

**IN THE SUPERIOR COURT OF BALDWIN COUNTY**

**STATE OF GEORGIA**

Rosie Griffin

Plaintiff,

v.

Walmart INC,

Defendant.

CIVIL ACTION

FILE NO.: ____________________

**RULE 5.2 CERTIFICATE OF SERVING DISCOVERY**

I hereby certify that ***Plaintiff's First Interrogatories*** and ***First Request for Production of Documents to Defendant*** will be dispatched for service upon Defendant with the Summons and Complaint For Damages in this cause of action.

This 18th day of April 2025.

Respectfully submitted,

**FARAH & FARAH, P.A.**

*/s/ Alex Fadoul*
ALEX S. FADOUL, ESQ.
Georgia Bar No. 393234
3080 Riverside Drive
Macon Ga 31210
T: (478) 841-9429
E: afadoul@farahandfarah.com
**Attorney for Plaintiff**

Macon, Georgia
April 18th, 2025

**IN THE SUPERIOR COURT OF BALDWIN COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| Rosie Griffin<br><br>Plaintiff,<br><br>v.<br><br>Walmart INC,<br><br>Defendant. | CIVIL ACTION<br>FILE NO.: ____________________ |

**PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

TO: Walmart INC. Defendant, by and through counsel of record.

Plaintiff, pursuant to O.C.G.A. §§ 9-11-33 and 9-11-34, submits herewith to the defendant above named for response within 30 days after service hereof, in the form provided by law, the following interrogatories and request for production of documents.

The within interrogatories and request for production of documents are continuing and require supplemental response upon the discovery of other or further information or documents pertinent thereto.

In answering the following interrogatories, the defendant is required to give full and complete information based upon the knowledge, information and belief of all agents, employees, investigators, adjusters, attorneys and insurers of said defendant.

1.

State the name and address of any person, including any party, who, to your knowledge, information or belief:

(a) Was an eyewitness to the incident complained of in this action;

(b) Has some knowledge of any fact or circumstance upon which your defense is based;

(c) Has conducted any investigation relating to the incident complained of or the background, employment, medical history or activities of the plaintiff.

2.

To your knowledge, information or belief, has any person identified in answering the preceding interrogatory given any statement or report in connection with this action? If so, describe such statement or report and give the name and address of the person having custody and control thereof.

3.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, all such statements or reports. In lieu thereof, you may attach copies to your answers to these interrogatories.

4.

Please identify any entity or person with any financial interest, lease or ownership interest in the premises where the incident occurred on the date of the incident.

5.

To your knowledge, information or belief, are there any videotapes, photographs, plats or drawings of the scene of the incident referred to in the complaint? If so, please describe such videotapes, photographs, plats or drawings and give the name and address of the person having custody and control thereof.

6.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, all such videotapes, photographs, plats or drawings. In lieu thereof, you may attach copies to your answers to these interrogatories.

7.

Have there been any incidents involving falls at the store or approaches to the store for the five-year period preceding this incident and the one-year period subsequent to this incident? If so, please state:

(a) Date of incident;

(b) Name, address and telephone number of injured person;

(c) Description of incident.

8.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, any incident report, memoranda, handwritten note or other documents or materials concerning, referencing or describing any incident referenced in the response to the preceding paragraph. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

9.

Please state the identity of each person working on the premises with any duties for the area where this incident occurred on the date of this incident.

10.

Has any entity issued a policy of liability insurance to the defendant? If so, state the names of all insurers providing liability insurance and give the limits of coverage of each such policy.

11.

Has any insurer referred to above denied coverage or reserved its right to later deny coverage under any such policy of liability insurance? If so, please explain.

12.

Do you contend that the plaintiff caused or contributed to the incident in question? If so, state with particularity each and every contention made in this regard.

13.

If you intend to call any expert or technician as a witness at the trial of this action, state the subject matter on which he/she is expected to testify and state in detail the opinions held by each such expert or technician and give a complete summary of the grounds for each opinion held.

14.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, any videotape, photograph, report, data, memoranda, handwritten notes or other document

reviewed by or generated by an individual identified in response to the preceding interrogatory. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

15.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, any documents obtained through a request for production of documents or subpoena. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

16.

Please state in detail any policies and procedures concerning the inspection, cleaning or maintenance of the area where this incident occurred.

17.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, any and all guidelines, manuals, memoranda or other documents evidencing any policy or procedure identified in response to the preceding interrogatory. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

18.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, any and all policy and procedure manuals given to the defendant's employees. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

19.

In regard to any document that has not been produced on grounds of privilege, please state the following:

(a) The date each document was generated;

(b) The person generating each document;

(c) The present custodian of each document;

(d) A description of each document.

20.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia

31210, any videotapes, photographs, correspondence, memoranda, records, files, or other documents or tangible evidence concerning, referencing or depicting the plaintiff or the incident in question. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

21.

Please identify each and every person working for the defendant on the premises where this incident occurred on the day of the incident described in the complaint, including the person's name, current address, current employer and telephone number.

22.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, the payroll records for the defendant's employees on the premises for the day of the incident and the one-week period prior to and subsequent to the incident.

23.

Have their ever been any complaints made about the area where this incident occurred? If so, please state:

(a) The date(s) of each complaint;

(b) The person(s) making each complaint;

(c) The nature of each complaint;

(d) Any action taken as a result of each complaint.

24.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, any correspondence, memoranda, report, record or other documents concerning, referencing or depicting any complaints identified in response to the preceding interrogatory. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

25.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, any incident report or other report concerning the incident described in the complaint. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

26.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, any maps, schematics, diagrams, drawings or other similar documents showing the layout of the area where this incident occurred. In lieu thereof, you may attach copies to your answers to these interrogatories.

27.

Were there any contracts or agreements with other individuals or entities regarding the maintenance, inspection or security of the property where the plaintiff fell as described in the complaint? If so, state:

(a) The identity of the contracting parties;

(b) The address and telephone number of the contracting parties;

(c) The duties of the contracting parties.

28.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, any and all leases or contracts with outside contractors or agencies for performance of maintenance services in the area where the plaintiff fell. In lieu thereof, you may attach copies to your answers to these interrogatories.

29.

Please identify each and every witness or employee in the vicinity of the area where the plaintiff fell at the time of the incident. In regard to each employee, please state:

(a) The name of each person;

(b) The address of each person;

(c) The telephone number of each person;

(d) The shift worked by each person if an employee;

(e) The job duties and responsibilities of each person if an employee.

30.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, any e-mail, interoffice correspondence, memoranda, report, telephone log, message or other

documents concerning the plaintiff. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

31.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, any invoices, records, proposals, work orders, maintenance records or other documents for work performed in the area where this incident occurred in the last five years. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

32.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, any changes made to policies, procedures, protocols, rules, regulations and guidelines since this incident. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

33.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, any surveillance videos taken on the day of the incident. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

34.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, any maintenance records, work orders or other documents concerning the area where this incident occurred for the past five years. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

35.

Please describe any inspection procedures utilized in regard to the area where this incident occurred.

36.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, any daily, weekly, monthly or annual inspection reports or audits or any other inspection

reports for the area where this incident occurred for the past five years. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

37.

Have there been any audits, inspections or evaluations of the area where the plaintiff fell for the past five years?

38.

Forty-Five days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Farah & Farah at 3080 Riverside Drive, Macon Georgia 31210, any invoices, receipts, change orders, work orders, spreadsheets, computer documents or other records concerning any audits, evaluations, maintenance, cleaning or inspections of the area where the plaintiff fell for the past five years. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

Respectfully submitted,

**FARAH & FARAH, P.A.**

*/s/ Alex Fadoul*
ALEX S. FADOUL, ESQ.
Georgia Bar No. 393234
3080 Riverside Drive
Macon Ga 31210
T: (478) 841-9429
E: afadoul@farahandfarah.com
**Attorney for Plaintiff**

Macon, Georgia
April 18th, 2025

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BALDWIN COUNTY, GEORGIA
**SUCV2025000151**
JJOASP
APR 18, 2025 04:25 PM
Wanda J. Paul
Wanda Paul, Clerk
Baldwin County, Georgia

## General Civil and Domestic Relations Case Filing Information Form

☑ **Superior or** ☐ **State Court of** Baldwin **County**

**For Clerk Use Only**

**Date Filed** 04-18-2025
**MM-DD-YYYY**

**Case Number** SUCV2025000151

| **Plaintiff(s)** | | | | | **Defendant(s)** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Griffin, Rosie | | | | | Walmart INC. | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** Fadoul, Alex **Bar Number** 393234 **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☐ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contract**
- ☐ **Contempt/Modification/Other Post-Judgment**
- ☐ **Garnishment**
- ☐ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☑ **Other General Civil**

**Domestic Relations Cases**
- ☐ **Adoption**
- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Dissolution/Divorce/Separate Maintenance/Alimony**
- ☐ **Family Violence Petition**
- ☐ **Modification**
  - ☐ **Custody/Parenting Time/Visitation**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_______________ **Case Number** _______________ **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_______________ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BALDWIN COUNTY, GEORGIA
SUCV2025000151
JJOASP
JUN 13, 2025 05:24 PM
Wanda S. Paul
Wanda Paul, Clerk
Baldwin County, Georgia

IN THE SUPERIOR COURT OF BALDWIN COUNTY
STATE OF GEORGIA

ROSIE GRIFFIN,

Plaintiff,

v.

WALMART, INC.

Defendant.

Civil Action File No. SUCV2025000151

______________________________________/

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTs WAL-MART STORES EAST LP AND WALMART INC. TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND DISCOVERY**

COME NOW, Defendant Walmart, Inc. (hereinafter "Defendant") and Plaintiff Rosie Griffin, by and through their respective counsel, and pursuant to O.C.G.A. § 9-11-6(b), hereby stipulate the following:

1.

Defendant was served through their process serve company, CT Corporation, on June 4, 2025. Defendant's Answer to Plaintiff's Complaint is due to be filed by July 4, 2025. Defendants' responses to Plaintiff's discovery requests (Interrogatories, and Request for Production) are due to be served by July 21, 2025.

2.

Pursuant to O.C.G.A. § 9-11-6(b), the parties stipulate and agree that Walmart shall have an extension of thirty (30) days in this Court, through and including **August 4, 2025**, to answer or otherwise respond to Plaintiff's Complaint. In filing this stipulation, Defendants preserve all defenses, including, without limitation, the defense of lack of personal jurisdiction. Furthermore, the parties also stipulate and agree that Defendants shall have an extension, through and including **August 20, 2025**, to serve responses and objections to the discovery which was served upon Defendants along with the Complaint, including Plaintiff's First Interrogatories, and Request for Production of Documents.

3.

Defendants admit and stipulate to due, proper, and legal service of process on June 4, 2025.

4.

This stipulation will not cause undue delay or prejudice.

5.

The purpose of the stipulation is to afford the parties an opportunity to try and reach a negotiated settlement prior to incurring litigation expenses.

This 13th day of June, 2025.

Consented to and stipulated by:

| | |
|---|---|
| FARAH & FARAH, PA<br><br>/s/ Alex Fadoul<br>Alex Fadoul<br>(with express permission, AAB)<br>Georgia Bar No. 393234<br>3080 Riverside Drive<br>Macon, GA 31210<br>(478) 841-9429<br>afadoul@farahandfarah.com<br>Attorneys for Plaintiff | McLAIN & MERRITT, P.C.<br><br>/s/ Ashley A. Bagiatis<br>Ashley A. Bagiatis<br>Georgia Bar No. 141360<br>Nicholas E. Deeb<br>Georgia Bar No. 117025<br>3445 Peachtree Rd., NE<br>Suite 500<br>Atlanta, GA 30326<br>(404) 266-9171<br>aabagiatis@mmatllaw.com<br>ndeeb@mmatllaw.com<br>Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

This is to certify that on June 13, 2025, I electronically filed this **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT WALMART INC. TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND DISCOVERY** with the Clerk of Court using the Peachcourt E-File system which will automatically send email notification of such filing to Plaintiff.

McLAIN & MERRITT, P.C.

*/s/ Ashley A. Bagiatis*
Ashley A. Bagiatis
Georgia Bar No. 141360
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendants

3445 Peachtree Rd., NE
Suite 500
Atlanta, GA 30326
(404) 266-9171
aabagiatis@mmatllaw.com
ndeeb@mmatllaw.com

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BALDWIN COUNTY, GEORGIA
**SUCV2025000151**
JJOASP
JUN 30, 2025 11:10 AM
Wanda J. Paul
Wanda Paul, Clerk
Baldwin County, Georgia

IN THE SUPERIOR COURT OF BALDWIN COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **ROSIE GRIFFIN** Plaintiff/Petitioner | Cause No.: **SUCV2025000151** Hearing Date: |
| vs. **WALMART INC.** Defendant/Respondent | DECLARATION OF SERVICE OF: **Complaint; Summons; PLAINTIFF'S FIRST INTERROGATORIES; CASE FILING INFORMATION FORM** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Documents came to hand on the ______ day of __________, 20___ at ______ o'clock __M.

On the date and time of ____________________________________ at the address of **410 Peachtree Pkwy Ste 4245, Cumming, Forsyth County, GA 30041**, the undersigned served the above described documents upon:

**Walmart INC. c/o Corporation Company, REGISTERED AGENT**

☐ **Corporate Service**
by then and there personally delivering ___ true and correct copy(ies) thereof, by then presenting to and leaving the same with

______________________________________________
*Name and Title of Person Receiving Documents*

______________________________________________
*Physical description*

**COMMENTS**

______________________________________________

______________________________________________

DATED this __________ day of _________ 20 ______.

______________________________________________
*Process Server Name* *Reg. State, County and ID#* *Signature*

See Attached

**ORIGINAL PROOF OF SERVICE**

ABC Legal Services, LLC
1099 Stewart St Ste 700
Seattle, WA 98101

Page 1 of 1

Ref #: 240302577
Tracking #: 0167262345

# SHERIFF'S ENTRY OF SERVICE

Baldwin County, Georgia

Civil Action No. SUCV2025000151
Date Filed 4-18-2025

Superior Court ☒ Magistrate Court ☐
State Court ☐ Probate Court ☐
Juvenile Court ☐

166 647 573

Attorney's address and email
3080 Riverside Dr
Macon, GA 31210

Rosie Griffin

Plaintiff(s)

v.

Walmart Inc.

Defendant(s)

Name and address of party to be served
Walmart Inc.
410 Peachtree Pkwy Ste. 4245
Cumming, GA 30041

Garnishee name and address

☐ (PERSONAL) I have this day served the defendant(s) ______ personally with a copy of the within action and summons and complaint.

☐ (NOTORIOUS) I have this day served the defendant(s) ______ by leaving a copy of the action and summons and complaint at the defendant's most notorious place of abode in this county.

I delivered the summons and complaint into the hands of ______ described as follows: Age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of the defendant(s).

☒ (CORPORATION) I served the defendant(s) The Corporation Co, a corporation, by leaving a copy of the within action and summons and complaint with Pat Stanley in charge of the corporation's office and place of doing business of said corporation in this county.

☐ (TACK & MAIL) I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting be depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ (NON EST) I made a diligent search, and I did not find the defendant(s) ______ in the jurisdiction of this court.

This 4 day of Jun, 2025.

Baldwin - 3409
Deputy Sheriff

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BALDWIN COUNTY, GEORGIA
SUCV2025000151
JJOASP
AUG 04, 2025 12:43 PM
Wanda J. Paul
Wanda Paul, Clerk
Baldwin County, Georgia

IN THE SUPERIOR COURT OF BALDWIN COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| ROSIE GRIFFIN, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action File No. |
| | : | SUCV2025000151 |
| WALMART INC., | : | |
| | : | |
| Defendant. | : | |

**ANSWER OF DEFENDANT WALMART INC.**
**TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendant Walmart Inc. (hereinafter "Defendant"), and makes this answer to Plaintiff's Complaint as follows:

FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

SECOND DEFENSE

Plaintiff's alleged damages, if any, were directly and proximately caused by Plaintiff's own contributory negligence and failure to exercise ordinary care.

THIRD DEFENSE

Plaintiff was not in the exercise of ordinary care for her own safety, and by the exercise of ordinary care could have avoided any injury to herself; and on

account thereof, Plaintiff is not entitled to recover from Defendant.

FOURTH DEFENSE

Defendant denies that it was negligent in any manner whatsoever or that any negligent act or omission on their part caused or contributed to any injury or damage alleged to have been sustained by Plaintiff.

FIFTH DEFENSE

Plaintiff's alleged injuries were not proximately caused by the alleged actions of Defendant.

SIXTH DEFENSE

Plaintiff assumed the risk of any hazard that was presented and is thereby barred from recovering against Defendant.

SEVENTH DEFENSE

Defendant responds to the enumerated paragraphs of Plaintiff's Complaint as follows:

1.

Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 1 of Plaintiff's Complaint, which are accordingly deemed denied.

2.

Defendant denies as stated the allegations contained in Paragraph 2 of Plaintiff's Complaint. Jurisdiction is now proper in the Middle District of Georgia, Macon Division.

3.

Defendant denies the allegations contained in Paragraph 3 of Plaintiff's Complaint. Jurisdiction is now proper in the Middle District of Georgia, Macon Division.

4.

Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 4 of Plaintiff's Complaint, which are accordingly deemed denied.

5.

Defendant denies the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6.

Defendant denies the allegations contained in Paragraph 6 of Plaintiff's Complaint, as stated.

7.

Defendant denies the allegations contained in Paragraph 7 of Plaintiff's

Complaint.

8.

Defendant denies the allegations contained in Paragraph 8 of Plaintiff's Complaint.

**COUNT 1**
**PREMISES LIABILITY**

9.

Defendant realleges and incorporates herein the answers provided in paragraphs 1 through 8 above as if fully restated.

10.

Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 10 of Plaintiff's Complaint, which are accordingly deemed denied.

11.

Defendant denies the allegations contained in Paragraph 11 of Plaintiff's Complaint, as stated. The applicable statute and case law speak for themselves and have been omitted.

12.

Defendant denies the allegations contained in Paragraph 12 of Plaintiff's Complaint.

13.

Defendant denies the allegations contained in Paragraph 13 of Plaintiff's Complaint.

**COUNT 2**
**VICARIOUS LIABILITY**

14.

Defendant realleges and incorporates herein the answers provided in paragraphs 1 through 13 above as if fully restated.

15.

Defendant denies the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16.

Defendant denies the allegations contained in Paragraph 16 of Plaintiff's Complaint.

**COUNT 3**
**NEGLIGENT TRAINING & SUPERVISION**

17.

Defendant realleges and incorporates herein the answers provided in paragraphs 1 through 16 above as if fully restated.

18.

Defendant denies the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19.

Defendant denies the allegations contained in Paragraph 19 of Plaintiff's Complaint.

20.

Defendant denies the allegations contained in Paragraph 20 of Plaintiff's Complaint.

21.

All other allegations and implications contained in the Complaint which are not specifically responded to herein, are therefore, denied.

22.

Defendant denies Plaintiff's prayer for relief, including all subparts thereof.

WHEREFORE, Defendant prays that Plaintiff's Complaint be dismissed with all costs cast upon the Plaintiff. DEFENDANT DEMANDS TRIAL BY A JURY OF TWELVE (12) PERSONS AS TO ALL ISSUES SO TRIABLE.

This 4th day of August, 2025.

McLAIN & MERRITT, P.C.

*/s/ Ashley A. Bagiatis*

Ashley A. Bagiatis
Georgia Bar No. 141360
Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA 30326
(404) 266-9171
aabagiatis@mmatllaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing ANSWER OF DEFENDANT WALMART, INC. TO PLAINTIFF'S COMPLAINT, has this day been filed and served upon all counsel of record via the PeachCourt efile system.

This 4th day of August, 2025.

McLAIN & MERRITT, P.C.

*/s/ Ashley A. Bagiatis*

Ashley A. Bagiatis
Georgia Bar No. 141360
Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA 30326
(404) 266-9171
aabagiatis@mmatllaw.com

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BALDWIN COUNTY, GEORGIA
SUCV2025000151
JJOASP
AUG 04, 2025 12:43 PM
Wanda S. Paul
Wanda Paul, Clerk
Baldwin County, Georgia

**IN THE SUPERIOR COURT OF BALDWIN COUNTY
STATE OF GEORGIA**

| | | |
|---|---|---|
| ROSIE GRIFFIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action File No. |
| | : | SUCV2025000151 |
| | : | |
| WALMART INC., | : | |
| | : | |
| Defendant. | : | |

**<u>12-PERSON JURY DEMAND</u>**

COMES NOW Defendant Walmart, Inc., and demands a trial by a jury of twelve (12) persons.

This 4th day of August, 2025.

McLAIN & MERRITT, P.C.

*/s/ Ashley A. Bagiatis*
Ashley A. Bagiatis
Georgia Bar No. 141360
Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA 30326
(404) 266-9171
aabagiatis@mmatllaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing 12-PERSON JURY DEMAND, has this day been filed and served upon all counsel of record via the PeachCourt efile system.

This 4th day of August, 2025.

McLAIN & MERRITT, P.C.

/s/ Ashley A. Bagiatis

Ashley A. Bagiatis
Georgia Bar No. 141360
Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA 30326
(404) 266-9171
aabagiatis@mmatllaw.com